IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 FEB 27 PM 2:54

CLERK
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| SHERRI HILL, INC., § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. 1:20-CV-139-LY |
| § | |
| OCCASION BRANDS, LLC DBA § | |
| PROMGIRL, SIMPLY DRESSES, AND § | |
| KLEINFELD, § | |
| DEFENDANTS. § | |

## TRANSFER ORDER

Before the court is the above-styled and numbered cause. It appears to the court that the above-styled and numbered cause should be transferred from the docket of the Honorable Lee Yeakel to the docket of the Honorable James Nowlin, Senior United States District Judge, both judges having consented to the transfer.

**IT IS ORDERED** that the above-styled and numbered cause is **TRANSFERRED** to the Austin Docket of the Honorable James Nowlin, Senior United States District Judge, for all purposes. Pursuant to the Amended Order Assigning the Business of the Court effective January 1, 2020, the Clerk shall credit this case to the percentage of business of the receiving Judge.

SIGNED this _27th_ day of February, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE